UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI INVESTMENT AUTHORITY,<br><br>                    Petitioner,<br><br>against<br><br>CITIGROUP INC.,<br><br>                    Respondent. | No. 1:12-cv-00283 (GBD)<br><br>**NOTICE OF APPEAL** |

     Notice is hereby given that Abu Dhabi Investment Authority ("ADIA"), petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment dated March 5, 2013, a copy of which is attached as Exhibit A hereto.

     /s/ Peter E. Calamari
     Peter E. Calamari, Esq.
     David L. Elsberg, Esq.

     QUINN EMANUEL URQUHART & SULLIVAN, LLP
     51 Madison Avenue, 22nd Floor
     New York, NY 10010
     (212) 849-7000

     *Attorneys for Petitioner*
     *Abu Dhabi Investment Authority*

Dated: March 22, 2013